**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| **MARGUERITE A. TWEED,** | |
|         **Plaintiff,** | 2004-CV-0142 |
| v. | |
| **METRO MOTORS S.C., INC.,** | |
|         **Defendant.** | |

**TO:** Natalie Nelson Tang How, Esq.
      Carl R. Willimas, Esq.

### ORDER GRANTING DEFENDANT'S MOTION TO QUASH

THIS MATTER is before the Court upon Defendant's Objection and Motion to Quash Service of Certain Subpoenas (Docket No. 122). The time for filing a response has expired.

Upon review of the said motion, and in the absence of any opposition, the Court finds that the service of the subpoenas at issue was ineffective and, consequently, that such subpoenas should be quashed.

Accordingly, it is now hereby **ORDERED:**

1. Defendant's Objection and Motion to Quash Service of Certain Subpoenas (Docket No. 122) is **GRANTED**.

*Tweed v. Metro Motors*
2004-CV-0142
Order Granting Defendant's Motion to Quash
Page 2

    2.    The subpoenas served upon Ms Burnette Matoo, Ms. Julia Santos, Mr. Joseph Rawlins, Mr. Sylvester Gilbert, and Ms. Mariyln [sic] Nyack are **QUASHED**.

ENTER:

Dated: march 20, 2008

/s/
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE